08-2-2t 20

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2009 JUN 17 PM 3: 09

UNITED STATES OF AMERICA

v.

CASE NO. 6:09-cr-103-Orl-28 DAB
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 -Forfeiture

PRINCE TOBURAS JERMAINE ROLLE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on a date unknown to the Grand Jury but no later than on or about October 11, 2007, and continuing thereafter to and including on or about November 8, 2007, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### PRINCE TOBURAS JERMAINE ROLLE

the defendant herein, did knowingly, willfully, intentionally and unlawfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, in violation of the provisions of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), the amount of cocaine base, commonly known as "crack" cocaine, the defendant conspired to distribute and possess with intent to distribute was 5 or more grams.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about October 26, 2007, in Orange County, Florida, in the Middle District of Florida,

**PRINCE TOBURAS JERMAINE ROLLE**

the defendant herein, did knowingly, intentionally and unlawfully distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), the amount of cocaine base, commonly known as "crack" cocaine, the defendant distributed and possessed as charged herein was 5 or more grams.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From his engagement in the violations alleged in Counts One and Two of this Indictment, which are punishable by imprisonment for more than one year, the defendant,

## PRINCE TOBURAS JERMAINE ROLLE

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

    a.     Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and

    b.     Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3.     If any of the property described above, as a result of any acts or omissions of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to, and shall pursue, forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
E. Jackson Boggs Jr.
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division