# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. 6:09-cr-103-Orl-28DAB

**PRINCE TOBURAS JERMAINE ROLLE**

AUSA: Jackson Boggs
Defense Atty.: Clarence W. Counts

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | December 11, 2009<br>11:35-11:55 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | | |

## CLERK'S MINUTES
## Change of Plea

Case called, appearances taken
Procedural setting by Court
Defendant placed under oath
Court outlines charges
Court finds defendant competent to enter plea
Court advises defendant of right to trial
Defendant makes statement to the Court
Parties discuss factual basis of the record and address differences
Government responds to defendant's agreement to certain paragraphs of the factual basis
Defendant enters plea of guilty to Counts One and Two of the Indictment
Court receives plea and will issue Report and Recommendation for the district judge

All pending motions are DENIED AS MOOT
Defendant remains in custody