# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

vs

**PRINCE TOBURAS JERMAINE ROLLE**

Case Number: 6:09-cr-103-Orl-31GJK

USM Number: 27476-018

Nicole Blair Dickerson, Esq.
33 E. Robinson Street, Suite 113
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Supervised Release

The defendant was found guilty as to Violation Charges One and Two of the Superseding Petition (Doc. 128). The defendant is adjudicated guilty as to these violation charges:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Conduct, Possession with Intent to Distribute a Controlled Substance, while on supervision in violation of the conditions of supervision. | September 27, 2017 |
| Two | New Conviction for Conduct, Possession of a Firearm and Ammunition by a Convicted Felon, while on supervision in violation of the conditions of supervision. | September 27, 2017 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

January 7, 2019

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

JANUARY ____, 2019

Prince Toburas Jermaine Rolle
6:09-cr-103-Orl-31GJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months**. This term shall run consecutively to the term of imprisonment imposed in 6:17-cr-301-Orl-31GJK, Middle District of Florida.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by this court in this case.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 11/16) Judgment in a Criminal Case